No. —, original. EX PARTE EDWARD F. BROWN. Motion for leave to file petition for mandamus to the District Court of the United States for the district of Massachusetts. May 10, 1926. *Per Curiam.* Application for leave

to file petition for a writ of mandamus to compel Judge Peters of the District Court of the United States for the District of Massachusetts to allow a direct appeal to this court on a question of jurisdiction, the appeal having been applied for before the effective date of the Act of February 13, 1925, 43 Stat. 936, denied upon the authority of *Smith* v. *McKay*, 161 U. S. 355, 358. *Messrs. C. C. McChord* and *Conrad W. Crooker* for petitioner.